**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF CALIFORNIA**

2:23-CV-05808-WLH-RAOx

| | | |
|---|---|---|
| **JOSEPH SALLAJ** | │ | |
| Plaintiff, | │ | Case No. |
| v. | │ | **COMPLAINT** |
| **CONCORDIA UNIVERSITY CHICAGO.** | │ | |
| **PRESIDENT RUSSELL P. DAWN** | │ | **HONORABLE JUDGE:** |
| | │ | |
| Defendant, | │ | |

**FILED**
CLERK, U.S. DISTRICT COURT
**JULY 10 2023**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

## Introduction.

1. Plaintiff is a California resident and an American Citizen of United Sates, who is an online PhD student that Concordia University Chicago (CUC). The Plaintiff is unconstitutionally being sanction and CUC is violating his Constitutional rights and the University has failed to provide a definite charge for which he was sanctions for instead applying vague policies that are violations of federal laws such as the void of vagueness doctrine that is embodied in the due process clauses of the fifth and fourteenth amendments "D.C. and M.S v. City of St. Louis Mo., 795 F.2d 652, 653 (8th Cir.1986). The staff that CUC has admitted that their policies are "intentionally broad" to sanction students as they so desire and discriminated with suppressive behavior.

   - In Goss V. Lopez 419 U.S 565 (1975) The United State Supreme Court ruled that Due Process is a right students have in their education, so a hearing is required before they are deprived of it. The Plaintiff Joseph

Sallaj was sanction without a hearing violating his Constitutional Due Process. The sanctions that was illegal applied to the student also violated his first amendment right to freedom of speech, freedom of expression. One of the sanctions required the student to write a "apology letter" to force a false confession of wrongdoing. The student wrote a letter stating it was force speech in response that violated his first amendment right of free speech. The sanction themselves occurred because he was voicing his concerns and expressing his freedom of expression under the first amendment right of the United States Constitution.

- The Supreme Court's decision in Papish v. Board of Curators of the University of Missouri, 410 U.S. 667 (1973), reaffirmed that universities cannot punish students for indecent or offensive speech that does not disrupt campus order. Courts have ruled that Universities are not immune from First Amendment Healy v. James (1972).

- Additionally in Tinker v. Des Moines 1969 "mere fear or discomfort arising from controversial and unpopular expression is not a justification for school censorship".

- The defendant expressed his complaints and concerns by using freedom of speech to the appropriate parties and is now being punitively punished for openly expressing his concerns with faculty members, staff members, and the administration of Concordia University-Chicago.

- Courts have ruled that students are protected from deviation from information advertisements in bulletins or circulars, regulations, course

catalogues, student codes, and handbooks. Harwood v. Johns Hopkins 2000, Kaplan and Lee (2011) The Law of Higher Education, Fellheimer v. Middleburry College, 1994, Ross v. Creighton University, 1992. This includes ability discrimination in discipline and dismissal.

- "Teachers and Students, DO NOT shed their constitutional rights to freedom of speech or expression at the schoolhouse gate." While in this situation the student was practicing freedom of speech and expression in his own home and not on school grounds.

Additionally, Clothing, armbands, newspaper editorials and demonstration have all been found legal and students have the right to free speech on public forums, Dixon v. Alabama State Board of Education 1961 and Tinker v. Des Monies, 1969.

2. Plaintiff is a disabled adult and is register as a disabled student with Concordia University Chicago (CUC). The Plaintiff has been denied reasonable accommodations, programs, services, and access to Concordia University Chicago. CUC has discriminated against his disability and Professors refused to honor the single accommodation he was provided by CUC "Extra time" causing hardship throughout his program.

- The American with Disabilities Act and Section 504 of the 1973 Rehabilitation Act protects student against discrimination based on ability, Pushkin v. Regents of the University of Colorado, 1981.
- Institutional must not be arbitrary or capacious and, thus, interfere with fairness even in private school, Haaly v. Larsson 1974.

3. Plaintiff is a person of color and ethnicity of middle eastern dissent; the plaintiff has been threatened and discriminated against by professors, staffs, and faculty's that Concordia University Chicago (CUC). The behavior and action of CUC has made it extremely difficult for the student. There is no support and assistance for the plaintiff, but other students who are none-color and who do not suffer from disabilities are guided thru the program with numerous resources and support.

4. Plaintiff have been a student that Concordia University Chicago sense June 2020 and enroll under promises of quality educate, financial cost of the program, implied promises, and to be treated equal and fairly through out his program.

**<u>Jurisdiction and Venue</u>**

This court has jurisdiction under 28 U.S.C. § 1131, 28 U.S.C. 1343 (A)(3), 28 U.S.C. 2201(a)-2202, The American with Disabilities Act, (ADA), 42. U.S.C. 12101 et seq, and section 504 of the Rehabilitation Act of 1973, 29 U.S.C. 794

This court has jurisdiction under 28 U.S.C. § 1131, 28 U.S Code § 1331 Title VI Civil Rights of 1964, 200d-1, Title VII, of the Civil Rights of 1964, Trade Practice Act of 1974, Family Educational Rights and Privacy Act 1974

This court has subject matter jurisdiction under 28 U.S.C. § 1131, 28 U.S Code § 1331 and § 1343 because this action arises under the First and Fourteenth Amendments to the United States

Constitution and 42 U.S.C. § 1983. (Freedom of Speech, Freedom of Expression, Due Process Clause and Force Speech)

This court has subject matter jurisdiction under 28 U.S.C § 1332 and 41 U.S.C § 6503. This court has the jurisdiction to address, Proximate cause, false promises, promissory Estoppel, Unjust Agreement, Reckless Misrepresentation, Educational Malpractice, Implied Promises, Defamation of character and/or Slander, Duty of care and Negligence.

This court has subject matter jurisdiction under 28 U.S.C § 1331, to address secondary questions that arise under the Constitution, laws, or treaties of the United States.

Venue is proper in the United State District Court for District of California under 28 U.S.C. 1391(B) because all events giving raise to the claim in this matter occurred and continue to occur in this district.

Venue is proper in this district pursuant to 28 U.S.C. § 1391. A substantial art of the acts and/or omissions giving rise to the claims alleged in this Complaint occurred within this district.

## Parties

### Plaintiff

1. Joseph Sallaj is disable adult individual residing in California and is register with the Disability Service department that Concordia University and is a United State Citizen of America, Mr.Sallaj is a doctoral candidate that Concordia University and is still a student that the University. He is the appropriate Plaintiff for suit in this matter.

### Defendants

2. Defendant Concordia University Chicago (CUC) is a National University, a member of the Illinoi State system of Higher Education and accredited by Department of Educate of the United States that receives federal financial assistance, grants, and relief from the federal government. Located that 7400 Augusta St, River Forest, IL 60305-1402. CUC offers online programs for degree seekers nationally and internationally to qualify students. At all relevant times, University was acting by and through its duly authorized employees, agents and/or administrators, who at all relevant times were acting within the course and scope of their employment, under color of state law, and in accordance with CUC's policies, practices, and customs. CUC's is sued in its official capacity.

3. Defendant Russell P. Dawn is the President of Concordia University Chicago and resides in Illinois Chicago. Russell P. Dawn is being sued in his official capacity.  A college president is responsible for overseeing all operations — both academic and administrative — within an educational institution. The president of a college is equivalent to the CEO. 42. U.S Code § 12651d "The Chief Executive Officer shall be responsible for the exercise of the powers and the discharge of the duties of the Corporation that are not reserved to the Board, and shall have authority and control over all personnel of the Corporation, except as provided in section 414 of title 5. President Russel Dawn non-compliance to personal acts of negligence, can face personal liability and is the appropriate defendant in this matter.

Employees working under the authority of the president Russell P. Dawn that are affiliated in this matter are:

*Russell Dawn, President and CEO of Concordia University-Chicago (CUC), Emailed him and filed complaints during the first and second intro Grant Writing Course, and with the disability office not accommodating the student, and with Fredrick Peters, and of staff misconduct. He handed all complaints over to the Dean of Student's Office. The student began directly talking with the Dean of student's Office, as a result, and with no success.

*Rebecca Jackson, student, and adjunct professor at CUC, During the first and second Introduction to Grant Writing Course this adjunct demonstrates incompetence and negligence. She was also rude and disrespectful, but her supervisor did not hold the adjunct accountable or responsible for her actions.

*Rekha Rajan, Visiting Assistant Professor of Research and Program Leader for Grant Writing She emailed the student with disrespect and made rude comments and threatened the student with her language and tone. This was a direct interference into something she had no decision-making abilities to handle and misled the student when he asked for guidance and assistance. She abused her authority. She fabricated about Jackson being a competent teacher who had taught many times. It was learned she only taught one other class. She also made many errors in the syllabus and curriculum that she gave Jackson to distribute to students. She convinced an IT specialist to pull the student's assignments off Blackboard and hand them to her so she could use them to force the student into another class without a proper add/drop form signed by the student. She treated the student like an inferior human being to her.

*Deb Ness, Assistant Vice President for the Office of Graduate Student Services, completely ignored the student when he filed complaints to her and pretended to be on vacations when he tried to reach out to her for anything.

*Steve Song, Professor of Research at CUC, During the second Introduction to Grant Writing Course he became involved in the forceful removal of the student from a class and the forceful adding of the student to another class without the student's permission or consent and was very rude authoritarian beyond his limits. In another incident, the student reached out and asked him to assist in obtaining his committee for his dissertation and he refused by telling the student he had to change his dissertation to fit Song's requirements and the dissertation is a self-independent study.

*Paul Brooner , Academic Technologies Specialist at CUC,  He took the student's assignments from Blackboard and handed them to a professor that was not even in the student's division of department or field of study, and without the student's knowledge.

*Maja MIscovic, Dean of the College of Education at CUC, interfered with a complaint filed by the student against Rekha Rajan and Rebecca Jackson, the second time the student was placed in the Introduction to Grant Writing Course, and stated that Jackson was her student, and she wanted the student in her class removed from her class after the refusal to teach the student. Deb Ness of the Graduate Office and Vice President sided with Miscovic and faculty over the student's right to have a competent and accountable teacher in the class he was registered to be enrolled.

*Michelle Turner Mangan, Assistant Professor in Research at CUC, pretended to be the Department Chair for research and pretended to assist the student in the complaint process, which was a form of misconduct with bad faith and ill intent. Second Intro to Grant Writing

*Pamela Konkol,, Assistant Dean of Academic Research at CUC, was one of the instructors for the  Comp Exam and Dissertation  7010, involved in not assigning members for 7010 Dissertation, and co- investigator of student's  complaint against Fredrick Peters, faculty that discriminated against student and brough false allegations against the student.

*Interim Provost and Comprehensive Exam Instructor and now Vice President of Strategy and Innovation and Chief of Staff at CUC, discriminated against the student during the Comprehensive Exam and denied the one accommodation of extended time on the exam that the student managed to obtain from the Academic Center for Excellence who handles disability services for the students. Discriminated against the student, made false claims about an investigation, defamed the student's character, retaliated against the student for appealing the Comprehensive Exam and having the grade overturned and told the student she created a false misconduct report claiming the student made several threats and acted in retaliation. While involved with the misconduct and abuse of power the employee also forwarded her emails to the team of lawyers, the dean of Students Office, and the Dean of the Department of Health and Human Performance.

*Edgar Ramos, Associate Dean of Health Science and Technology and Vice President of Academic Affairs and Associate Professor of Human Services at CUC, promised to help solve problems including disability accommodations and did nothing. Later he stated that the student did not need accommodations and it was inappropriate to give the student accommodations, stating it was unfair to other students. The phone conversations and emails reflected a sympathetic person willing to try to help the student find resources, but he did nothing. He was an investigator in the first complaint against Fredrick Peters, and he allowed the co-investigator to stop the video conference by her stating that no one else could be present in the student's

living room, not even a support member, during the conference call. That ended the

investigation, so there never was an investigation into a complaint filed by the student of a faulty

that made many false accusations and defamed the character of the student.

*Theresa Miyashita, Department Chair of Health Science and Associate Professor of health and

Human performance at CUC, involved in telling the student to retake the Comp Exam and

withdraw from Dissertation 7010, involved in conversations with Edgar Ramos and the student,

involved with conflicts between the student and Kristen Snyman who was responsible for pre-

proposal approval for Health and Human Performance majors, made direct threats to the student,

assigned Fredrick Peters and it is believed the two worked together to sabotage the students

education and Dissertation 7010 course and she was also involved with defamation of the

student's character. She also reassigned committee members for the student without the student

having a choice, which evidences her knowledge of future events against the student. When

asked to help with a new chair she lied and said that CUC does not assign committee members.

She lied about making threats and she told other staff that the student did not need

accommodations because he had ten years to complete the program. There is a defense against

the Honor Code report and two complaints filed against Peters. There is also evidence of

Fredrick Peters character and plagiarism on his dissertation and CUC blog.

*Eli Hestermann, Dean of Health and Human Performance and now Vice president of Academic

Affairs and Chief Academic Officer at CUC, ignored all emails

*Russell Dawn, President at CUC, ignored all emails

*Fredrick Peters, Associate Professor of Applied Science and potential committee chair for the

student's dissertation, made false accusations of plagiarism twice, threats of dismissal from

program twice, false report to Honor Code, false report to Dean of Students Office of the student

attacking him at his place of business and stating the student told him he was going to come after him. Many staff members supported him and stood by his false claims and joined in the defamation and sabotage of the student and the student's family.

* DeCynthia Bomar -Brown, Assistant Dean of Student of Community Standards and Title IX Coordinator, was over the Honor Code hearing.

*Peggy Snowden, Assistant Vice President for Academic Affairs and Associate Professor of Special Education, one of the two Honor Code investigators

*David Bates, Associate Professor in the History Department, one of the two Honor Code investigators

*Iva Carino, Executive Assistant to the University Provost, said she would launch an investigation of Fredrick Peters and Theresa Miyashita.

*Faith Loewe, Executive Assistant to the University provost, sent emails from President office to Dean of Students office and did not handle all complaints, ignored complaints of not getting disability accommodations.

*Benjamin Aalderink, Assistant Dean of Students/Director of residence Life and Housing Operations, abused authority, targeted student, made indirect threats to student, demonstrated discrimination and bias in favor of faculty with prejudice, did not follow policies or procedures, made numerous false statements about the student and policies and procedures. He bullied and coerced the student into a mandatory meeting with the intention to get any kind of confession from the student and was willing to change an official and formal report already filed but refused to give a copy of the original report to the student. Ben Aalderink violated constitutional state and federal rights and sanctioned the student illegally and demonstrated disability discrimination. There is a written complaint and appeal of his decision in the exhibits.

*Registrar's Office - FERPA and Discrimination

*Graduate Office – Negligence

*Disability Office- Negligence and disability discrimination, refusal to give accommodations, resources, services, assistance, advocacy or support, information on housing and parking and things to do on campus. However, the director will tutor for a fee.

* Latishua Lewis, Student Development and Program Coordinator, refused to assist student to get resources and services as a disabled student, refused to advocate for the student

*Kennadie Lloyd, Student Success Advisor, missed scheduled appointments and did not answer questions or offer advising.

*Maria Losselyoung , student and student coordinator for the Academic for Excellence and CU Learn, disability services office, promised the student to add accommodation for the Comprehensive exam and Dissertation and then did not follow through with her promises, manipulated the student and made false statements about obtaining accommodations, refused to give disability accommodation requested by five different medical professionals and various diagnoses found in the exhibits, refused student support and advocacy, refused written explanations for the denial, and ignored questions, refused to give a reason for denials.

*Ellen Newman, temporary student coordinator for the Academic for Excellence and CU Learn after Maria Losselyoung left and Student Services Manager and Coordinator for Campus Events, refused to give student disability accommodations or offer any other services or assistance

*Coleen Kowalski, student, and student coordinator for the Academic for Excellence and CU Learn, disability services office, refused to give disability accommodation requested by five different medical professionals and various diagnoses found in the exhibits, refused student

support and advocacy, refused written explanations for the denial, and ignored questions, refused

to give a reason for denials.

*Michael Bulfin, Director of Academic Center for Excellence/CU Learn, Academic Dean of

Students of Academic Resources , and tutor for a fee, refused to give student disability

accommodation, ignored questions about housing and questions about handicapped parking and

ways to have more resources and things to  do while on campus, refused to give reasons for

denials, kept harassing the student even after the student said he was too sick for a conference

call and used it as a reason to not approve or deny new accommodation requests from four

different medical professionals, used the semester almost being over as a reason to not give

student accommodations for the rest of the semester and the next semesters, resource, programs.

*Jordan Moon, Educator and Researcher, negligence of job duties and responsibilities and

negligent to students

*Scott Cheetham, Adjunct and now Educator, and Researcher, did not honor the one

accommodation of extended time, said it was not fair to other students, and gave the student a

difficult time.


**Background**


From the key beginning of classes at Concordia University-Chicago, there were problems

with APA 7 because I was used to using direct quotes. I asked the disability office to give me

accommodations and they told me I did not need them. Several months passed by and I was

paying for tutors out of my pocket and still wanting disability accommodations, and finally I was

told that past accommodations from other colleges weren't acceptable, and I had to get doctor to

make the request. My doctor was out of the country for several months and I couldn't submit the request until later. When I did submit the request's only extended time was given. Many requests and complaints were filed. Many times, my requests were ignored, and professors did not honor my only accommodation of "extended time". Other times, professors did not even review the assignments or offer feedback. For example, Dr. Mood graded all work of an 8-week course at the end of week 7 and never offered feedback at all. An adjunct was able to refuse to teach or be responsible for any of her actions and I was forcefully removed in week 4 of the 8-week class, by the Research department, from her class and into another class. Finally, I got to the Comprehensive Exam and was denied accommodations during testing. The Comp was written a total of four times over two semesters, and I was given a failing grade two times. There was an expectation to register for the Comp Exam for the third time, but there was an appeal. The third-party deemed the last written work passable, and I passed. This led me to becoming an official doctoral candidate. However, while in Dissertation One (7010), over seven pre-proposals were denied, which also violated "extended time." I was exhausted and being treated unfairly. All other non-disabled students were being approved with one submission or one revision. I have this evidence if you need it. Everyone had prepared the dissertation topic before entering the class and this issue should never exist. I had several problems with this teacher, and I can provide that evidence as well. Other classes prepared students for the topic and approval. I was approved for the topic in previous classes, and the main teacher of Dissertation 7010 approved it, but the Health and Human performance teacher refused to approve any topic I proposed, violating my one accommodation repeatedly. This teacher had always discriminated against me. When I asked for help in obtaining disability accommodations for Dissertation 7010 and asked for a mediator with the professor responsible for approving the topic, the department chair

threatened to unleash a team of lawyers and the Dean of Students against me, and that is exactly what she did. The department chair removed me from the class and stated she would work with me one-on-one and approved the dissertation topic. I needed a chair, methodologist, and reader to be on my dissertation committee. She strongly recommended a chair to be on my dissertation committee and removed my reader and substituted one of her choices, and I kept the methodologist. As soon as the department chair announced the committee was "set", the potential chair of my committee began with accusations of plagiarism. None of these accusations would have ever occurred if the disability accommodations were in place. However, the allegations of academic plagiarism submitted to the Honor Code office were false. In addition, the report was riddled with fraud. I filed a complaint against the potential chair and the interim provost dismissed the complaint without an investigation and stated that the student was "threatening" and "retaliating". The interim provost created a report of misconduct, the student was sanctioned without a formal hearing, and further accessibility to disability accommodations are now being denied. The Dean of Students upheld the sanctions and denied the students to an appeal. In the middle of all this, the disability office was continuing to deny disability accommodations, services, programs, resources, advocacy, support, etc. to the student. Over four doctors requested accommodations, and all requests were denied over the span of three years. The school has a deep history of racism by administration and faculty, which resulted in a protest last year 2022 over racism. The school promised resolutions but has done nothing to correct their discrimination against those of color and disable students.

## Disability Law Violations

1. Title III of the American Disability Act

2. Section 504 of the Rehabilitation Act

3. Title VI, Civil Rights of 1964, 200d-1

Title III of the Americans with Disabilities Act prohibits discrimination based on disability in places of public accommodation. A place of public accommodation is defined as a privately operated facility whose operations: Affects commerce. Title III is related to businesses and nonprofits that are open to the public (Public accommodations). Title III applies to private schools, including housing.

1. Communicating effectively with people with disabilities

2. Providing reasonable accommodations

3. Testing accommodations

4. Parking Spaces

Section 504 of the Rehabilitation Act forbids organizations and employers from excluding or denying individuals with disabilities an equal opportunity to receive program benefits and services. It defines the rights of individuals with disabilities to participate in, and have access to, program benefits, and services.

Title VI of the Civil Rights Act of 1964 42 U.S.C. 200d et seq. Prohibits discrimination based on race, color, or national origin in any program or activity that receives federal funds or other federal financial assistance.

Two discriminations were seen by the student: 1. Disability discrimination 2 discrimination due to color, race, national origin.

After beginning the first class, the student began having problems with APA 7 because the student had always used direct quotes. The student asked for assistance from the disability office but was told that accommodations would not be necessary or available to a student working on a PhD. Months later, the student asked for disability accommodations again and sent current accommodations from a college he was attending at the same time, past accommodations, and medical records. The student was told that any accommodations that came from a different college or university would not be accepted or used for Concordia, and that to get accommodations the student had to have them requested by a medical professional and not give medical records with diagnoses. The student learned that his primary care doctor was out of the country for six months and he could not find anyone to request the accommodations, so he had to wait until his primary care doctor got back, I am a disabled student and Maria told me that to get accommodations I would need to go back to the doctor and discuss it with my doctor. A form was filled out and the doctor requested accommodations based on a traumatic brain injury with a cognitive disorder and seizures and social phobia with anxiety and a speech impediment. The requests were made broad, assuming the disability office would find the appropriate accommodations based on his needs. The requests included assistive technology, disability assistance, extra time, flexibility on deadlines, one-on-one tutoring and teaching, hands-on learning whenever possible, and disability services in general. At the end of 2021, the disability coordinator only gave one accommodation, which was extended time and 1.5 time on exams. The student requested double time like what he received at other schools but was denied without

a reason. All other accommodation requests were also denied. The disability coordinator stated that she would add more accommodations after the student gave her more information on the Comp exam and the dissertation process, so she knew how to create the accommodations based on his needs. However, when the student gave all the materials about the testing and the dissertation process, the disability coordinator refused to add more accommodations and soon she no longer worked there. Another person temporarily took over the role of disability coordinator and continued to deny additional accommodations. The student had difficulty in some classes and was still struggling with writing, grammar, spelling, organization, APA 7, and other problems with assignments. When the student learned that a new disability coordinator was hired, he also learned of a director for the disability office that had never been discussed before. assignments. The new coordinator told him that if he wanted to add more accommodations, he had to have medical professionals request the new accommodations, although there were accommodations requested that were not honored by a medical professional. The student obtained three medical professionals to make requests and sent them to the new disability coordinator. All requests were denied using a blanket statement which stated the accommodations were for personal use and would not be accepted. The student continued to make the requests for these additional accommodations. Some teachers were not even honoring the extra time accommodation. When it came time for the Comprehensive Exam, the instructors refused even the extra time and state that accommodations would not be allowed because it would not be fair to other students. The student failed a write up and rewrite in the first semester and a write up and rewrite in the second semester. The student finally appealed the grade and was deemed passable by a neutral third party. It is important to note that the main instructor for the Comp Exam was the interim provost. After passing the exam, the student went on to become

a doctoral candidate. However, there were two teachers for this class, in which both failed to allow the accommodation of extra time and one teacher was discriminating against him. The student asked for mediation against the professor that had denied the topic approval over seven times and additional accommodations and the department chair told him that if he continued to ask that she would unleash the Dean of Students and lawyers on him, and that is what she did. The student went to the assistant dean of the department and asked for additional accommodations, and which time the assistant dean told him that he could pay for a dissertation coach, but he would look to see what other resources he could find, but never got back in touch with the student. As a result of not having accommodations, the potential chair for the student's dissertation committee claimed plagiarism and filed an Honor Code case, in which the student was forced to defend himself. The disability office refused to advocate for him in the case or to be of any kind of support at all. In fact, the interim provost, dean of students, assistant dean of students, department chair, and assistant dan in the student's department supported the claim of plagiarism and the student was left completely alone to defend himself. The potential chair made more false claims against the student, and the student was unfairly sanctioned without a hearing or hearing committee. The potential chair of the dissertation committee made the claim to the dean of student's office that the student went to his business and attacked him and stated he was going to come after him. However, the interim provost is the one that filed a misconduct claim of disruption, after telling the student he made threats and retaliated against a professor for stating plagiarism, which in fact had occurred, before there was a hearing on the Honor Code allegation(s). The result was that the student was sanctioned, further limiting accessibility. At least one sanction is illegal. The student was sanctioned not to park on campus, but the student is disabled and has a handicapped decal, so that sanctions violated the right for the student to park

in handicapped parking while on campus. The student filed an appeal, and the sanctions were upheld without a chance for modifications dismissal. In the meantime, the disability office was still refusing to answer simple questions, give written explanations why accommodations were denied, provide resources and services, or be supportive in any way. The advisors were putting the student off and cancelling appointments or no showing for appointments and not answering questions or helping with ways to get resources as well. The department chair and assistant dean of his department sent emails about how the student should not get disability accommodations because he has ten years to complete the program, but prior to enrollment a specialist told him it would take three to four years to complete the entire program. The president, vice president, and dean of his department all ignored requests for help in obtaining disability accommodations. One of the reasons that accommodations were denied is because faculty and staff were discriminating against him for his national origin, race, and color. Other faculty discriminated against him for having a disability by not honoring his one accommodation, which meets the definition of disability discrimination. The student was always told by various staff that having accommodations would give him an advantage over all other students and it was not considered equality so he should not have accommodations because it was not fair to the other students. There are emails and witnesses to support the claims and complaint filed. Currently new diagnoses were reported of dyslexia, written expression deficit, vision loss and processing disorder, ADHD, social phobia, severe anxiety and stress, PTSD, and hearing deficits, all recognized by medical professionals who requested various accommodations and are still being denied by Concordia University Chicago. ADHD, social phobia, severe anxiety and stress, and PTSD are the latest reasons why his therapist requested disability accommodations.  The below accommodations had been requested for several months.

Due to complications with traumatic brain injury with seizures I am requesting:

Assistance with writing for advanced placement courses

Safe Assign training with explanations and examples

Talk to text software

Audio software

Flexibility

Extended time

Spell check, grammar check,

Speak and navigate

Clear written and verbal instructions

Recording tools and permission to record audio, video chats, lectures, discussions

pertaining to the dissertation

Recordings and workshops for the dissertation

Step-by step instructions with transparency

Feedback

Opportunity for revisions without penalty

Examples of each chapter of the dissertation

Reminders, cues

Assistance with writing for advanced placement courses Safe Assign training with explanations and examples Plagiarism training with explanations and examples

2. Talk to Text Software, such as Natural Dragon, with proper instruction on how to use

3.  Audio software and screen reader

4.  Flexibility

5.  Extended time

6.  SCGC- Spell Check/Grammar

After failing the Comp Exam two times, being denied extra time in Dissertation One, and having

a potential chair for my dissertation accuse me of plagiarism I requested additional

accommodations, listed below

Due to severe anxiety, PTSD, and social phobia I am requesting:

1 Modification of school policies that may negatively impact the success and accessibility of the

student, which are to be tailored to the needs of the student. For example, school warning

systems and codes of conduct should be aware of the students' vulnerabilities, including the

possibility of making grammatical errors due to vision problems and brain processing problems.

2 Modifications of dissertation defense for pre-proposal and final proposal to be less intimidating

and decrease social phobia.

3 Not assessing penalties for spelling errors and grammatical errors on papers or exams.

4 Committee members and professors give the student an opportunity to have work reviewed and

clear guidance given without penalty.

5 Professors and committee members do not create undue stress that will hamper the success of

the student.

6 Professors and committee members to not create undue stress and unfair treatment of the

student due to disabilities that will cause unnecessary disruptions of completion of coursework

7 Conflict resolution and advocacy when conflicts arise

8. Support person

9. Dissertation coach

10. Support from the disability office

11. Support from advisor

12. Mentoring style of supervisor, and not authoritarian or like a drill sergeant

13. Minimized distractions

14, Reduction/removal of triggers that cause PTSD or phobia or anxiety

New Diagnoses, in addition to what is on file and recently requested:

Dyslexia, Written Expression Deficits, Vision Loss and Visual Processing Disorder, Attention Deficit Hyperactivity Disorder, and Hearing Loss

(Note: The above requests are from medical documentation that has already been turned in to receive accommodations, never received. I am making a new request.)

Dyslexia

- Verbal instructions

- Repetition of Instructions

- Speech-to-text software

- Electronic dictionary

- Spelling checker

- Grammar check (Ex. Grammarly Check)

- Recording device

- Organizing frequent meetings to discusses and collaborate

- Voice Overs

- Extended time

- The reader be the support person for the committee with frequent interaction and revisions as needed

- Multiple opportunities for revision (ex: of assignments, ex. Ch 1, Ch 2, Ch 3 of Dissertation)

Written Expression Deficit (Oculomotor and Processing) (Executive Functioning generating ideas, planning, and organizing writing)

- Voice recorder

- Dictator (Ex. Dragon Speaking Software)

- Copied Material (when giving examples it should be in copied material format)

- Oral presentation of work when appropriate

- Drafts can be submitted as Handwritten work and accepted

- Writing Process

Vision Loss and Visual Processing Disorder

- Audiotaped lectures, audiotaped discussions

- Magnifiers

- Reading tracker

- Deliver lessons in multiple ways

- Note-taker

- Visual cues

- Daisy or Victor Reader

- Dragon's Natural Speaking – Speech to text

- Zoom text magnify

- Tape recorder to be allowed

ADHD

- Instructions tailored to the student and course material

- Technology to assist with tasks

- Extra help staying organized

- Behavioral assistance

- Frequent Feed-back

- Clear and Written Instructions

- Organizational tools

- Extra Communicator, Feedback

- Allowing Breaks

- Allowing time to think before responding

- Positive reinforcement and Feedback to decrease frustration

- Additional options for revisions without penalties

- Less anxiety provoking instruction/methods

- Remind student to check over work performance and give tools to check work.

- Extra Time

- Focus on positive behavior

- Provide calming strategies

- Provide immediate Feedback

Hearing

- Repeat questions and comments

- Allow tape recorder

- Use usual aids when possible

- All Zoom meetings in captioned Media

- Provide Notes/Summary of Zoom Conversations or online discussions

- Recording of all interactive meetings, discussions, instruction, lectures, etc.

- Opportunity to review material and have it explained

- Human Scribe

- More time for writing

- Reduction of auditory distractions (Background Noise)

- Extra time to process information

- Frequently check for understanding

- Speech-to-text

- Step-by-step directions

- Provide Extra Practice

From all these accommodations, none were approved. They were either denied without a valid reason or explanation or never approved or denied, which means accommodations were never given at all. The only accommodation the student has is "extra time by the discretion of the professor." Some professors choose not to honor the extra time by saying it is not fair to other students or something like that.

**Breach of Contract: Broken Promises**

**Contract and Law**

- Tuition and Employment contracts apply to private schools

- Extortion/Reckless Misrepresentation

- Violations of procedures, policies, rules, regulations regarding filing complaints against staff

- Violations of student's right to a fair and formal hearing which is promised to all students and explained in the student handbook

- Violations of procedures, policies, rules, regulations regarding students right to a fair and formal hearing.

- Violations of freedom of speech and freedom of expression under both the United State Constitution and State constitution first amendment.

- Violations of the Vagueness Doctrine

- Violations of procedures, policies, rules, and regulations in conducting investigations of allegations that may or may not lead to a hearing.

- Family Educational Rights and Privacy Act (FERPA) violations

The law provides students the right to inspect and review educational records, to challenge and contents of their educational records, to have a hearing if the outcome of the challenge is unsatisfactory, and to submit explanatory statements for inclusion in files they feel the decisions of the hearing panels to be unacceptable.

The student will have a right to formal resolution with a hearing committee. The University hearing committee will consist of three students, two faculty members, one staff, and one CMO.

The committee will be chosen by the Dean of students. A chairperson will preside over the hearing.

According to the Family Education Rights and Privacy Act (FERPA) students have the right to inspect and review education records. Due to the great distance between the student's residence and the university, the school should send copies of the records to the student, within 45 days of written request to the registrar's office.

**Video Broken Promises 8/17/2020 created by Dean of Students**

1. Promise to focus on student's mental health, well-being, safety, and security. However, CUC targeted the student.

   Faculty make threats to shoot the student if seen on campus, threats to unleash team of lawyers and dean of students, threats to have the student dismissed from the program.

   Character defamation

   Sabotage of education, courses, committee, career

2. Promise to provide accommodations and offer support to all students. However, CUC repeatedly refused to provide accommodations, services, resources, advocacy, support, advising.

3. Promise to support spiritual, emotional, and mental well-being. Instead, CUC caused the student to be extremely stressed to the point he suffered emotional injuries and physical injuries.

4. Promise to communicate frequently and clearly. Instead, some professors did not even offer feedback during the entire course, all administrators ignored student's emails, and

even more than half of the complaints filed were completely ignored while rest were mishandled with bias and discrimination against the student.

5. The video promised students to be positive, attentive, and helpful, but CUC's staff was never positive, attentive, or helpful.

6. The video promised students to be responsible and respectful. Administrators and professors were negligent, incompetent, disrespectful, bullying, harassing, intimidating, hostile, aggressive, threatening, coercive.

7. Can be found that https://www.youtube.com/watch?v=bIRdY8Ji6yY

**Additional Broken Promises**

1. Each class was to be 8 weeks long, but some were longer

2. Dissertation was expected to be 3 to 4 classes, but toward the end it changed to Diss. 800 can be repeated as many times as needed.

3. The school stated would accept transfer credits, when possible, but instead of accepting "EXC. PHYS." The school forced the student into "Advanced Exercise Physiology" costing the student $2,300.00 for the one class (3 credit hours).

4. Eliminated classes

5. Decreased staff through termination or retirement

6. Hired more adjuncts who were not competent to teach and paid much less salaries

7. Administrators abused power

8. The school own president state that CUC could not or would not support Black Lives Matters because it originated from anti-Christian origins This was a reference to Malcolm X being Muslim, which indicated the president discriminates against students not

Christian and of color. The student body demanded his removal and resignation, but he is still there adding gasoline to the racism fire that he created. From the racism has been a protest, a sex scandal, and abuse of athletes.

9.  Promise of a career upon graduation

    The staff at CUC attempted to destroy the student's reputation and is still trying. This will greatly decrease the student's likelihood of having a career.

**Proximate Cause**

Foreseeable harm by the staff increased each time there was an incident of neglect or duty of care. Each act of incompetence, neglect, violation of student procedures or policies, violation of due process, and each breach of the student's contract. Foreseeable harm by the staff increased with each formal complaint being filed against staff either being ignored or mishandled. Foreseeable harm increased with each targeted incident against the student, such as the false honor code allegations or the false misconduct allegations.  Foreseeable harm increased by the Dean of Students Office not conducting a formal hearing of a misconduct case that both the interim provost and dean of Students created themselves. Foreseeable harm increased each time the student's rights were violated, like when the student asked for a new dissertation chair after the chair, he had demonstrated clear discrimination and misconduct by making false allegations and creating a report riddled with fraud. Foreseeable harm increased every single time the disability office denied the student accommodations. Foreseeable harm increased each time there were no accommodations in place during the Comp Exam, during Dissertation 7010, when the disability office refused to support and advocate for the student, and when the advisor for the student refused to answer questions or keep scheduled

appointments. The student was forced to drop from summer class due to all the harms, which included physical and emotional damages.

## Due Process (Procedural processes of the misconduct allegations)

1. Could've given a warning, but instead went to extreme and excessive punishment
2. Did not allow the student to have a hearing
3. Did not thoroughly review the student's appeal
4. Did not provide appropriate instructions.
5. Did not adhere to University's disciplinary rules, made up own.
6. Did not keep private information private
7. Did not give student a copy of disciplinary report
8. Did not do what was best for the student, favored faculty and administration.

## Educational malpractice/liability

1. Incompetence of faculty and staff: Not providing accurate syllabus, curriculum, instructions, guidance. Not providing/honoring disability accommodation.
2. Neglect of professors: Not teaching, not grading in a timely manner, not offering feedback or explanations for a grade or ways to do better.
3. Misconduct by professors and administrators and IT specialists
4. Disability discrimination
5. Discrimination due to color, national origin, and race
6. Character defamation and slander by CUC staff

7. Bullying and targeting student (Intimidation, threats, hostility, aggression, disruptions of education, coercion, retaliation after student filed complaints against staff by other staff and by the staff in question)

8. Abuse of power (unfairly targeting the student and bringing about an Honor Code allegation and misconduct allegation)

9. Fraud (creating fraudulent reports to bring about an Honor Code violation and fraudulent information to create a misconduct allegation)

**Protest**

There was a protest because faculty and administration were racist, including the president. There was a promise to "DO BETTER" but then gave students a survey and nothing was done to create equality, diversity, inclusion. The same problems the student had escalated and became worse after the protest. The only reason the survey was conducted was to please the Higher Learning Commission, the organization that accredited programs for CUC.

**Violations of federal and state laws**

All students have an implied right to be protected by state and federal laws while attending any University.

**Trade Practice Act**

1. Advertisements, distribution of materials, part of the application processes materials were deceptive in nature. The materials led the potential student to believe the program could be completed in 3 years and the total cost would be around $52,000.00.

2. The Dissertation materials lead the doctoral candidate to believe the study/research will be conducted independently, but CUC forced faculty on the student and the faculty changes the dissertation and it is in fact not independent.

3. The student is led to believe that financial and will be available for the duration of the program, but at Dissertation 8000, the student must pay out of pocket, and can pay as much as $18,900 for seven additional years of education, when Dissertation 8000 will cost $900.00 per course/semester.

4. There is no mention of a requirement to have an editor for the dissertation, which can be an additional $2-3,000.00.

5. There is no mention of a requirement to copyright a dissertation.

6. There is no mention of a need to copyright all material reviewed by a dissertation committee due to a chance work could be stolen by committee members or colleagues.

**Reckless Misrepresentation by CUC**

1. Fraudulent misrepresentation is a statement that the defendant made knowing it was false or that the defendant made recklessly.

2. Negligent misrepresentation occurs when someone makes a statement about the true facts.

**Duty of Care**

The legal obligation that is imposed on staff to adhere to a standard of reasonable care to avoid careless acts that could foreseeably harm others, and lead to a claim of negligence

1. Incompetence

2. Failure to offer disability accommodations and services to a disabled student.

3. Failure to teach, offer feedback, examples, instructions, syllabi

4. Failure to provide APA and writing workshops/trainings, test taking preparations.

5. Failure of CUC to comply with procedures, policies, rules, regulations.

6. Failure to be responsible and accountable.

**Unjust Agreement**

The University did not fulfil promises, implied contracts, written contracts and refused to remedy or find suitable solutions to misconduct, negligence, incompetence, and discrimination. The University failed to provide federally protected disability accommodations, services, programs, resources, support, or advocacy to the student. The student was forced to drop out of summer class to focus on external remedies because CUC refused to investigate formal complaints against staff and CUC insisted on bullying the student with false allegation of dishonestly. Faculty and administrators practiced unfairness in administrative duties and faculty duties, which caused a breach of contract between CUC and the student.

**Duty of Care**

The student suffered great and extensive emotional and physical injury due to the lack of duty of care by Concordia University-Chicago to keep the student safe, emotional stable, and free from disability discrimination, discrimination due to race, discrimination due to color. Discrimination due to national origin, discrimination due to gender, bullying, harassment, intimidation, coercion, hostility, aggression, and/or threats made by staff.

The legal obligation that is imposed on staff to adhere to a standard of reasonable care to avoid careless acts that could foreseeably harm others, and lead to a claim of negligence

1. Ineffective classroom teaching

2. Ineffective advising and counseling

3. Inaccuracies in the development of curriculum competencies, collecting assessment data, and

4. Prog. Coordinators responsible to ensure achievement of student/earning

5. Helping student succeed

6. Interference of regularly-schedules classes

7. President not acting as an authority figure for all personnel

8. Faculty did not meet regularly faculty provided inaccurate syllabus, no student support, faculty never provided support or support hours never posted communication methods.

9. Communication is vital among students and faculty and faculty and administrators and administrators and students.

10. Dean's mission is to ensure student success and maintain effective communication across the campus and program involvement. Dean is responsible for upholding policies and procedures, make modifications for disabled students, accommodations.

11. Dept Chair is to ensure assessments of student learning.

12. Incompetence

13. Failure to offer disability accommodations and services to a disabled student.

14. Failure to teach, offer feedback, examples, instructions, syllabi

15. Failure to provide APA and writing workshops/trainings, test taking preparations.

16. Failure of CUC to comply with procedures, policies, rules, regulations.

17. Failure to be responsible and accountable

**CUC allowed negligence and unaccountability while forcing student from registered class**

Student forced out of a class registered for and had been in for 4 weeks without his consent. The students' assignments were taken off Blackboard by IT specialist and handed to a visiting professor in the research department. The visiting professor took the assignments and enrolled the student in a different section with a different teacher because her trainee refused to teach the student. The adding and dropping of class was conducted without the student's permission or add/drop with the student's signature. When a complaint was filed, it was completely ignored by the Dean's office, the vice president, and the president of CUC. The department chair of research, the Dean of Education, and other professors of the research department were also involved in the aggressive and hostile removal of the student from a class in which he was registered.

**Requirements for the program and broken promises with broken promises and lack of duty of care**

1.  No workshops or preparations were established prior to The Comprehensive Exam

2.  Dissertation 7010, 7020, 7030 are designed for the student and at 7030 the student should graduate. However, CUC added 8000 and is paid by the student without an opportunity for financial aid.

3. Dissertation 8000 can be repeated as many times as needed for the student, allowing the school to neglect responsibilities to the student, as were done in Dissertation 7010.

4. The student passes all classes and goes straight to 8000, even if the committee is not formed in Dissertation 7010. The student did not have a committee, but he was placed in Dissertation 7020, instead of having to repeat 7010.

5. Professor was unfair with student by refusing to approve a topic for the dissertation. All students prepare topic and get approvals in courses prior to Dissertation 7010. The approval process is only a checkmark in the process. Students get approval after first submission and sometimes might need to revise. The student created over seven topics, and all were denied.

6. Dissertation 800 can be repeated as many times as needed, but not paid for under financial aid, and this is never explained during the enrollment promise.

7. Promise the student can complete in 3-4 years, but the department chair and assistant dean of the department stated it can take 10 years.

8. It is not explained during the enrollment process that the student will be mandated to pay for extra costs, such as an editor or copyrighting of materials.

9. CUC states that a committee can be found within the research department, but the research department refused to help the student find a committee and the department chair of the student's department stated that the student must find his own committee members, and at the same time require the chair of the student dissertation to be from the student's department (Health and Human Performance).

**Breach of Contract: Faculty misconducts, negligence, duty of care, incompetence,**

**discriminations, and character defamation of the student**

The breaches of contract by CUC through staff are demonstrated through the headlines

"character defamation" or "timeline"

### Character Defamation

Fredrick Peters accepted to be the student's chair on for the student's dissertation

committee. The student respected the potential-chair and made every effort to be devoted to the

dissertation with Peters as the chair. However, Fredrick Peters, entry level professor began

making false claims that the student plagiarized within four minutes of the department chair of

Health and Human Performance announcing in an email that the student's committee was "set".

The department chair previously made threats to the student because the student requested

mediation between him and a different professor, due to her misconduct, and because the student

filed complaints about not getting disability accommodations. It is firmly believed that the

department chair targeted the student after a zoom meeting, where she learned the student was a

Middle Eastern person of color, it is evidenced that the department chair, assistant dean of the

department, the potential chair, interim provost, and dean of students all made false claims that

the student did commit plagiarism. Therefore, they all defamed the character of the student. The

student was found innocent of allegations of plagiarism.


Note:

1. There was a protest a year ago because faculty and administration have constantly created
   acts of racism.

2. The president of the school openly stated that Concordia does not support Black Live Matter because the group originated from non-Christian roots. This is a reference to Malcolm X being Muslim.

3. Fredrick Peters did commit plagiarism on his dissertation, which was turned into to a book for profit. He also plagiarized in blogs used by CUC and used by his freelance business.

Peters made many untrue statements with intentional misrepresentation of facts to cause harm to a third-party and was negligent about the statement being true or false.

Punitive damages – to punish misconduct

The student filed a formal complaint against the entry level professor. Afterwards, the professor went to the dean of students and told her that :1) the student went to his place of business and attacked him and 2) the student threatened him and told him he was going to come after him. These statements were false and sparked a misconduct case filed by the interim provost, in which the student was sanctioned with bias and prejudice by the assistant dean of student. There was a refusal to give the student a formal hearing or a copy of the complaint of misconduct by the assistant dean. Procedures and policies were violated involving an investigation solely conducted by the assistant dean as the person who alleged to be the investigator, acted decision alone to sanction the student, and with knowledge the student was/is disabled. The sanctions were without merit, and even if there were merit would be excessive, and even if modified to not be as excessive, were illegal in some accepts. For example, the student was sanctioned not to park on campus, but the student is disabled and require handicapped

parking on campus. The assistant dean and interim provost made false statements that the student did make threats to an innocent faculty member, who had done nothing wrong against the student, the assistant dean and interim provost made false statements that the two complaints filed against Fredrick Peters were retaliatory. The assistant dean and interim provost made false statements that the student exhibited disruptive behavior but refused many times to give the student a copy of the alleged report of misconduct. The assistant dean made the claim that the allegation(s) were made intentionally overly broad so that he could change the codes of conduct as he pleased, according to statements the student made during a mandatory "informal conversation". The assistant dean forced the student to write an "apology" letter to the associate professor of applied exercise science, further defaming the student's character.

## Misconduct that led to breach of contract, including discrimination and violations of FERPA and Title IX

Professors ignore problems with APA 7 and requests for assistance. Professors wait until the end of week 7 to grade work in an 8-week course and provides no communication or feedback, courses were on auto pilot. Adjuncts commonly made mistakes with instructions on how to complete assignments and on the written syllabus. This kind of incompetence caused the student's grades to suffer and for the student to waste time due to having to withdraw from classes. Professors were not held responsible or accountable and the student was aggressively forced from a class without his permission or consent by the research department and dean of education. The vice president and dean of students ignored complaints filed by the student and sided with faculty in a biased and prejudiced manner. The department chair threatened to unleash a team of lawyers and the dean of student's office on the student, and she did. Fredrick Peters set

the stage for all events and incidences that emerged after his plagiarism allegations. 1. There was a false report filed against the student, in which it was alleged that the student "intentionally, blatantly, willfully, knowingly, and dishonestly" committed plagiarism two times. Also, the report itself was full of fraud. 2. The student filed a report against the professor for false allegations and the assistant dean of the student's department and the department chair refused to hear the supporting evidence of the student and closed the investigation. 3. The interim provost made the strong claim that the student had in fact committed plagiarism, without a hearing being conducted. She went on to say the student made many "threats" and was "retaliatory'. She said that Peters had done nothing wrong and closed the investigation without a hearing or investigation. She stated she would file a misconduct report against the student. 4. The dean of students contacted the student and told the student that peters said the student attacked him at his place of business and the student said he was going to come after him. The student denied the untrue statements.5 A report was filed against the professor for making the false claims against him and the report was completely ignored, except when it was used against the student. 6. The assistant dean of students contacts the student and gives him less than 24 hours to report to a "mandatory" meeting or be "additionally sanctioned". 7. The student complies with all the demands of the assistant dean, although the assistant dean of students violated policies and procedures of hearings and refuses to give a copy of the misconduct report or explain anything at all to the student. The assistant dean acts in discriminatory behavior and makes the claim that Peters is completely innocent and that the student did commit plagiarism and was threatening and retaliatory and disruptive, by his opinion only with no evidence. The assistant dean refused the student a fair hearing with a committee and acted as the investigator the prosecutor and the judge.8. Then, the student was unfairly sanctioned without evidence. 9. The dean of students

denied the student's entire appeal. She focused on one topic of the denial of the formal hearing, and fraudulently stated the student was not denied a formal hearing but was not willing to give him a formal hearing either. 10. The dean of students warned the student that any more trouble could cause a more severe sanction. The assistant dean of students already gave the strictest punishment outside being suspended or expelled, which was excessive and even violated federal and state laws pertaining to disabled students, which was done with intent and malice. Concordia university Chicago had a   protest last year because administration and faculty were blatantly racist, including the president. There was a promise to "do better", but nothing has changed, and the way the student is being treated is clear proof of that. 11. The registrar's office labels the student a female and refused to give him academic records, including the entire misconduct file and application for admittance

into the university, violating title IX. 12. The student is forced to drop summer classes for many reasons.

### Reasons for not able to Complete Education, but not limited to only these

1. Physical illness due to stress and was in hospital due to the University.

2. Emotional and mental injuries caused by stress

3. Heightened fear of staff caused by threats, bullying, intimidation, coercion, hostility, false accusations, unfair sanctions.

4. Sanctions further limited accessibility and made it impossible to continue with dissertation.

5. Refusal of Dean of students, Provost, the President, the Vice President to investigate complaints.

6. Refusal of Dean of Students, Provost, the President, the Vice President to fairly investigate complaints.

7. Advisors being negligent and not offering support or services or resources

8. Threats to have student dismissed from programs have been made several times by staffs.

9. Indirect threats of serious physical harm and even possible killing if seen on campus.

10. Negligence of staff/faculty

11. incompetence of staff/faculty

12. Racism of staff/faculty

13. Disability discrimination of staff/faculty and not getting accommodations for accessibility and ability to have and maintain a quality education

14. Denial of appeals by Dean of students of accusations made by assistant deans of students for the interim provost, and sanctions remaining in place that makes the dissertation process impossible

15. Director/chair of student's program making serious threats and making it impossible to move forward with the dissertation.

16. Inability to find committee member without CUC assistance and instructors refusing to provide committee despite documentations stating it is their responsibility.

17. Inability to find Dissertation placement with CUC assistance and housing.

18. Inability to find placement and committee members caused solely by unfair sanctions.

19. Fear of being on campus and fear of faculty and administrators

20. There is still an ongoing Honor Code violation and student needs lawyer to fight against CUC.

21. Student is fearful that the school and the staff will falsely accuse the student more, causing a permanent dismissal, if he remains an active student.

### The story

### Before the department chair makes her direct threats to the student

1. Teachers not interacting with the student and grading the work at end of week 7 in 8-week course.

2. Teachers not writing the syllabus properly and causing the student to suffer in grades and be forced to withdraw from course

3. Refusal for disability accommodation, services, programs, accessibility, support

4. Involuntary removal from a class and violations of FERPA

5. Protest at school over faculty and administration, including president, being racist and discriminating

6. More refusals of disability accommodations by different staff

7. Comprehensive exam failed four times, finally appealed, and was overturned because exam was "passable"

8. More refusals of disability accommodations and support services by different staff members

9. Interim provost denied student disability accommodations

10. Teacher refused to approve pre-proposal, so student could conduct work in dissertation, although the pre-proposals had been in progress for years and in stages, and student asked for mediation

11. Teacher took student's work to the Institutional review Board with approving the topic and without the student's consent or knowledge, and student asked for mediation

12. The chair of the department retaliates for student asking for mediation by stating she will, "unleash a team of lawyers and the Dean of students "against him. The targeting and bulling began from this point.

**After Miyashita, Chair of Student's Department, makes her threats to "unleash a team of lawyers and Dean of students", the student is targeted by administrators and the deans of students' offices:**

1. The chair assigned a professor to be the committee chair for the student's dissertation. Within minutes of student signing agreement, the professor began attacking the student by making false allegations of plagiarism, violating disability rights, and committing sabotage and character defamation.

2. The professor sends common knowledge as true plagiarism and a fraudulent Honor Code report to the Associate Dean of Students and Dean of Students, and both offices uphold the false claims, despite evidence of fraud collected by the student.

3. The student filed a claim against the professor and the interim provost and other staff claims an investigation was conducted when it wasn't, and closed to complaint, without notification to Human Resources, etc. Other staff include: the Assistant Aean of Health and Human Performance, Assistant Dean of Research, the Chair of Health and Human Performance, and the Dean of Students.

4. The disability office is still denying accommodations and advocacy.

5. The entry level professor, who made the false allegations of plagiarism made more false allegations against the student. He went the Dean of Students Office and makes false claims that student 1) attacked him at his business, 2) said he was coming after him.

6. A complaint was filed against the professor, and it was ignored and discarded, without an investigation at all.

7. The Honor Code Office ignored a 29-page defense and motions in which student requests a dismissal on grounds of false statements and a report riddled with fraud, in connection with the false plagiarism allegation. The Dean of Students Office then ignored the 29-page defense and motion as well. Provosts, the President, the Vice President, Executive Administrators, the Dean of Health and Human Performance, the Assistant Dean of Health and Human Performance, and the Chair of health and Human performance ignored the pleas for assistance against the professor and against false allegations.

8. The Interim Provost and the Dean of Students assigned the Assistant dean of Students to create a false report of misconduct, after the interim provost claimed the student made "threats" and "retaliated." The emails were also being sent to the university lawyer, Renee Villatte, and the Dean of Students, Kathy Gebhardt. This is evidence that Theresa Miyashita, Chair of Health of Human Performance was keeping her word, when she threatened the student. It is believed that the report was made to create the sanctions to minimize the rights of the disabled student.

9. Ben Aalderink, Assistant Dean of Students, then goes after the student for overly broad allegations of "disruptive behavior". Aalderink forced immediate mandatory meeting, or face "additional" sanctions, meaning he already intended the sanctions before any kind of conversations. The Assistant Dean of Students attempts to coerce the student into false

confessions for over an hour with no success. Although, he still sanctioned the student without evidence or merit. Sanctions further violated ADA, the Rehabilitation Act, and Title VI. The student appeals and the Dean of Students immediately upholds the appeal as valid.

10. Maja Miscovic is assigned to investigate complaint against Theresa Miyashita for making threats and conspiring against the student. Miscovic had already participated in mistreatment of the student and was connected to FERPA violations and the forceful removal of the student from a class in which an adjunct refused to teach the student. There was a clear conflict of interest, and evidence Miscovic could not be neutral. Miscovic filed a false report and stated Miyashita was innocent from all claims. The report included an email in which Miscovic claimed she had a conversation with the department chair and the chair and assistant dean did not believe disability accommodations were needed for the student and listed reasons for the denials of accommodations.

11. Student's advisor refuses to talk with him and does not show for appointment, and it is not the first time she has not been able to represent the student. She also never asked questions he asked in past weeks or supported the student.

12. The student has been very sick from stress, and he becomes sicker. The student suffered from hypertension, stress headaches, irritable bowel syndrome, and suffers bowel obstruction due to stress and has been in therapy due to university's behaviors for months. The student's existing conditions of social phobia and anxiety increase, and his PTSD became heightened due to the bullying, intimidation, harassment, threats, and hostile environment of the university.

13. The Disability office is still refusing accommodations and has become unreasonable and began making undue and unnecessary burdening requests to the student, while still being malicious and acting in bad faith. At this point over four doctors have made disability requests and everyone has been denied with blanket decisions and without valid reasons for the denials. The Associate dean of students of the Disability Office began demanding Zoom calls, even after the student told him he was sick and under advisement not to be under more stress and had heightened social phobia and PTSD. In addition, all zoom calls have ended badly for student and has heightened fears and heightened phobias of staff.

14. Student is forced to withdraw from university and file a lawsuit.

15. The Honor Code report/investigation is still being ignored by the Dean of Students and has repeatedly refused to act on student's defense documentations and request for dismissal and suppression of evidence.


**The student believes the university violated state and federal laws, including contract laws and civil rights afforded to students who attend private schools that get federal funding. These include, but others may exist that the student is unaware of:**


### FERPA

A. Allowed staff to invade privacy of student, including pulling grade assignments off Blackboard without the students consent

B. Refusal to give copies of Code of Conduct report, Completed version

C. Refusal to give Honor Code report. Completed version

D. Refusal to give copy of completed Comprehensive Exams with grades, prior to the appeal and overturning of the "F" to "P"

## Due Process

Many incidences, a few are:

A. Refusal to answer motions filed by the student and more then 30 days have passed

B. Did not provide the material to the Dean for consideration of dismissal during stage 2.

C. Allowing inadmissible evidence from opposite party to be enter into hearing process without a ruling on the motions.

D. Opposite party does not have jurisdiction to file a report as he is neither the course instructor, chair, or examiner

E. Violations of student's rights

F. Refusal to provide evidence

G. Refusal to provide a define charge to the student

H. Refusal to provide a formal hearing

I. Denial of Appeal without cause and without reviewing student appeal motion

J. Extreme sanctions without Due Process -

## Breach of contract

Many incidents, as listed in the timeline

## Duty of Care

Many incidents, listed in timeline

## Negligence

A. Ignored and discarded all complaints made concerning faculty, administration, or the technological staff

B.  Ignored employee policies about procedures to conduct when complaint filed

C.  Allowed professors to be unaccountable and irresponsible and reckless

**Title III of the American with Disabilities Act and Section 504 of the Rehabilitation Act**

A.  Discriminated against student and denied all requests made by four different doctors for reasonable accommodations over a three-year period

B.  Denied support services and advocacy

C.  Denied handicapped parking on campus

D.  Denied services, programs, and resources for a disabled student

E.  Denies accessibility

F.  Refused to discuss housing for the disabled student

## Title VII, of the Civil Rights of 1964

Makes it illegal to discriminate on basis of race, color, and national origin. Many staff members of CUC violated this civil right by targeting and bullying the student through harassment, intimidation, being hostile, being aggressive, being coercive, abusing power, committing intentional fraud, acting in bad faith, malice, sabotage of the student's education and career, and intentionally destroying the student's reputation.

## Title VI, Civil Rights of 1964, 200d-1

A.  Prohibition against exclusion from participation in, denial benefits of, and discrimination under federally assisted programs on the ground of race, color, or national origin

B.  The Dean of Students created false accusation to sanction the student from participating in activities and events, from being in a social club, or having accessibility to the university and all its benefits.

C.  The student was forbidden to use handicapped parking on campus

**Freedom of Speech, Freedom of Expression under Illinois state law and the state of**

**residency for the student, California**

A. Forced speech

B. Limited speech

C. False accusations made against speech

D. Limited freedom of expression

E. False accusations against freedom of expression

**Discrimination (disability, race, national origin, gender)**

A. Many incidents that started occurring after being seen on Zoom by faculty and faculty seeing family in background on Zoom calls

B. Disability discrimination was always present

C. The registrar's office updates the student's profile and changed his gender from male to female.

**Defamation**

a. Fraud committed by staff, by creating a false Honor Code report and false misconduct case

b. False information created by staff, by creating false statements of "threats" and "retaliation"

c. Damaged the reputation the student making it impossible to get a committee for the dissertation

**Retaliation**

a.  Bullying

b.  Harassment

c.  Intimidation

d.  Threats

e.  False reports and sanctions

f.  Sabotage of course, and education

g.  Sabotage of student's future and career

h.  Team of Deans, Assistant Deans, Administrators, Staff, faculty, and Lawyers targeted student after demanding rights under contract as student

In addition to these topics there is a matter of tuition reimbursement, physical and emotional injury, damages, pain and suffering, time lost, and special damages.

## Timeline

- July 7, 2020 - First Class at Concordia University-Chicago (CUC), student didn't understand APA7, went to Center for Excellence (disability office) was denied services over the phone. (Violate ADA, Rehab. Act, Tittle II, disability discrimination). The student was forced to pay for tutors from that point until the Comprehensive Exam.

- August 18, 2020 – Glitches on Blackboard noticed: 1) Font 2) Cut Offs 3) indentions errors 4) references made bold. Still has that problem. (Breach of contract, educational malpractice)

- September 2020 – 1st encounter with Dr. Snyman. 1) Instructor forced revision after revision. 2) The disability office still refusing accommodations. 3) Told class she doesn't work on weekend, complained of headaches, and made excuse that her husband had surgery, so she could not perform her duties. (Disability discrimination, negligence, prejudiced behavior)

- October 8, 2020 – Discontinued training for SPSS and Microsoft for students (breach of contract, duty of care, violation of ADA, the Rehab Act, and Title II, disability discrimination, Title VII violations)

- October 20, 2020 – Attempted to get help from writing center, but schedules full. Disability after still denying accommodations from part colleges and schools.

- October 21 – 2020 – asked instructor for example of paper and replied he didn't have one, asked for accommodations again and refused. breach of contract, negligence, duty of care, educational malpractice)

- October 26 – December 18, 2020 – CUC still denying accommodations over phone – student having trouble understanding assignments and communicating 2) Instructor graded all work at end of week 7 of 8-week course, offered no feedback, and refused to explain APA. (Breach of contract, negligence, duty of care, educational malpractice, misconduct, Violate ADA, Rehab. Act, Tittle II)

- December 18, 2020 – reduction in faculty and staff, staff fired or retired. Classes could've benefited from no longer available. (Breach of contract, poor quality of education, duty of care, alterations of fundamental programs)

- Jan 2021 – Adjunct acted in incompetent and unprofessional manner, due to neglect, the student was forced to withdraw. (Breach of contract, negligence, duty of care, educational

malpractice, misconduct, incompetence, hostility, CUC refused to give academic records for this class)

- Jan 11, 2021 – told adjunct did not want to get bad grade due to her incompetence. (Negligence, duty of care, incompetence, breach of contract with standards for faculty too low)

- Jan 20, 2021 – her supervisor contacted me via email and stated the adjunct was 1) very competent and 2) clear. 3) The super supervisor attacked the student's character blindly. (Bullying, harassment, intimidation, retaliation, discrimination, incompetence, student neglect

- Jan. 2021 – filed complaint to Dean of students against the adjunct and her supervisor. The complaints were completely ignored. The student was forced to withdraw from the course. (Breach of contract, negligence, duty of care, did not follow protocol and procedures, due process violations, refused to give academic records for this complaint-FERPA)

- June 14, 2021 – Higher Education Relief Fund is received by CUC – Federal funds.

- July 13, 2021 – CUC changed the structure of the entire campus, making accessibility more difficult. (Violation of ADA, Rehab Act, Title II)

- July 2021 – Blackboard had so many issues it had to be shut down. Internet was also a problem, except for university owned devices. (Educational accessibility, Violate ADA, and Rehab Act)

- August 31, 2021 – student forced to pay for SPSS because school didn't offer it. (Breach contract, undue burden on student)